UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL FILE NO.: 13-CV-02943 (ADM/JSM)

| | |
|---|---|
| Andrea R. Griep,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Gurstel Chargo, P.A., *a domestic professional association*, ZP Limited Partnership, and Credit Card Receivables Fund, Inc., collectively d/b/a Unifund CCR Partners, *a foreign partnership*, and Pinnacle Credit Services, LLC, *a domestic limited liability company*,<br><br>　　　　　Defendants. | STIPULATION FOR AN EXTENSION OF TIME TO ANSWER |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, by their respective attorneys, that Defendant Pinnacle Credit Services, LLC have until November 28, 2013, to the answer the Complaint in the above-entitled action filed by Plaintiff against Defendant.

| | |
|---|---|
| Dated: October 29, 2013. | **MARSO AND MICHELSON, P.A.**<br>By: s/Patrick L. Hayes<br>Patrick L. Hayes, Esq., #0389869<br>3101 Irving Avenue South<br>Minneapolis, MN 55408<br>Telephone: (612) 821-4817<br>ATTORNEY FOR PLAINTIFF<br><br>**SEILERSCHINDEL, PLLC** |
| Dated: November 4, 2013. | By: s/Tina N. Vincelli<br>Kyle D. Moen, #390945<br>Tina N. Vincelli, #392501 |

7900 Highway 7, Suite 350
Minneapolis, MN 55426
Telephone No. 952.358.7400
ATTORNEYS FOR DEFENDANT
PINNACLE CREDIT SERVICES, LLC