**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL FILE NO.: 13-CV-02943 (ADM/JSM)**

Andrea R. Griep,

**ORDER**

        Plaintiff,

vs.

Gurstel Chargo, P.A., *a domestic professional association*, ZP Limited Partnership, and Credit Card Receivables Fund, Inc., collectively d/b/a Unifund CCR Partners, *a foreign partnership*, and Pinnacle Credit Services, LLC, *a domestic limited liability company*,

        Defendants.

---

Based on the Stipulation for an Extension of Time to Answer filed herewith [Docket No. 5], this Court hereby orders that Defendants have to and including November 28, 2013, to the answer the Complaint in the above-entitled action filed by Plaintiff against Defendants.

Dated:      November 4, 2013

                BY THE COURT:

                *s/ Janie S. Mayeron*
                JANIE S. MAYERON
                United States Magistrate Judge